UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-mc-00075-RGK-DMK Date: October 30, 2026
Title: *In re Application of Ocean Network Express Pte. Ltd.*

---

Present: The Honorable **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Recorder: N/A |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE WHY MOTION FOR OSC RE: CIVIL CONTEMPT SHOULD NOT BE GRANTED AND/OR RESPONDENTS SHOULD NOT BE HELD IN CONTEMPT**

Pending before the Court is Petitioner Ocean Network Express Pte. Ltd.'s Motion for Order to Show Cause re: Civil Contempt. ECF 14.

On August 14, 2026, Petitioner submitted an *ex parte* application under 28 U.S.C. § 1782 for leave to obtain discovery for use in foreign proceedings and to serve document and deposition subpoenas on Respondents Abbyson Living LLC, Custodian of Records of Abbyson Living LLC, and Linda Limon. ECF 1. The Court granted the application on August 24, 2026. ECF 4. Petitioner then personally served each Respondent with the subpoenas, as well as a copy of the Court's August 24, 2026, Order. ECFs 8–12, 14 at 5. Respondents did not produce documents, serve objections, or appear for their depositions. ECF 14 at 5. Petitioner then moved to compel Respondents' compliance with the subpoenas (ECF 9), and on September 21, 2026, the Court granted the request and ordered Respondents to comply (ECF 13). Petitioner personally served Respondents with the Court's September 21, 2026, Order and amended subpoenas. ECF 14 at 5. Respondents again did not respond to the subpoenas and have not communicated with Petitioner. ECF 14 at 5.

On October 18, 2026, Petitioner filed the instant Motion. ECF 14. As of the date of this Order, Respondents have not appeared or filed anything in this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-mc-00075-RGK-DMK Date: October 30, 2026
Title: *In re Application of Ocean Network Express Pte. Ltd.*

Accordingly, Respondents are **ORDERED TO SHOW CAUSE on or before November 6, 2026**, as to why the Court should not require Respondents to appear before the District Judge to be adjudged in contempt for failure to comply with the Court's August 21, 2026, and September 21, 2026, Orders. *See* 28 U.S.C. § 636(e).

Failure to comply with this Order may result in a recommendation to the District Judge that an order to show cause re: civil contempt be issued and/or certification of the facts in this Order to initiate civil contempt proceedings before the District Judge. Respondents are cautioned that they may be held in contempt if, having been served, they "fail[] without adequate excuse to obey the subpoena or an order related to it." Fed R. Civ. P. 45(g). Contempt proceedings may lead to various sanctions, including payment of Petitioner's costs and attorneys' fees related to service efforts and daily coercive sanctions until there is compliance. The Court strongly encourages Respondents to meet and confer with Petitioner so that the parties can resolve the dispute without further Court intervention.

In light of the above, the hearing noticed for **November 19, 2026**, is hereby **VACATED** and will be reset, if necessary, following the Court's resolution of this Order to Show Cause.

Petitioner is **ORDERED** to serve a copy of this Order on Respondents. Petitioner must file a proof of service by end of day November 2, 2026.

**IT IS SO ORDERED.**

Initials of Preparer kl